IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

| | |
|---|---|
| Criminal Case No. 19-cr-535-5-MSK-GPG | Court Deputy: A. Barnes |
| Date: January 22, 2020 | Recorder: Grand Junction |

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. OMAR BRICENO-QUIJANO,
2. OFELIA LOPEZ,
3. LUIS ALBERTO IBARRA-TADEO,
4. ROMEO LUJAN,
**5. ANGELINA MAESTAS,**
6. JOSEPH DAVIS,
7. NAOMI VAUGHN,
8. JONTE LEFLORE,
9. DUSTIN DEBARRIS,
10. STEVEN KEITH JONES,
11. FRANK ARROYO,
12. AMANDA LEE SUMPTER, and
13. NICOLE WICKMAN,

Defendants.

---

Court Minutes – Detention, Arraignment, and Discovery Conference

---

4:16 p.m.  Court in Session

Defendant **ANGELINA MAESTAS** appeared in custody in Grand Junction with CJA Panel Attorney Jamie Hubbard.  AUSA Zachary Phillips appeared via VTC for The Government. Probation Officer Jason Cohen appeared in person.

All parties and the Court were in possession of the pretrial service report.

The Government was still seeking Detention.  Defendant objected.  The Court heard the arguments of the parties.

ORDERED: Defendant has overcome the presumptions, the Court releases the Defendant on bond and makes an Order setting forth conditions of release.

The Defendant waived further advisement and arraignment and was prepared to enter a plea.

The Defendant entered Not Guilty pleas to the counts in the Indictment. The Court accepted the plea.

ORDERED: This case falls within the Western Slope Protocol Practice ("WSPP").

ORDERED: The parties then tendered an executed Discovery Conference Memorandum which the Court accepted and made an Order of the Court.

ORDERED: The Court made the following calculations: 30 days is February 14, 2020; 70 days is March 25, 2020; and 90 days is April 13, 2020.

ORDERED: Government Disclosures due February 17, 2020; Defense's due March 2, 2020.

ORDER: The Court will set a joint telephonic status conference within one week to set a Jury Trial and Pre-Trial Readiness Conference

ORDERED: Defendant released after processing.

Hearing concluded at: 4:45 p.m.
Hearing duration: 29 minutes