IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00535-MSK-GPG-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    ANGELINA MAESTAS,

---

### GOVERNMENT'S MOTION TO QUASH WITHOUT PREJUDICE THE PETITION FOR ARREST WARRANT BY PRETRIAL SERVICES AND VACATE THE HEARING CURRENTLY SET FOR APRIL 8, 2020

---

NOW COMES THE UNITED STATES OF AMERICA, Jason R. Dunn, United States Attorney, by Zachary H. Phillips, Assistant United States Attorney, and requests the Court quash without prejudice the petition for arrest warrant by Pretrial Services for the arrest of Defendant Angelina Maestas, and vacate the hearing currently set for April 8, 2020.

Dated this 7th day of April, 2020.

                              RESPECTFULLY SUBMITTED,

                              JASON R. DUNN
                              UNITED STATES ATTORNEY

By:   *s/Zachary Phillips*
       Zachary Phillips
       Assistant United States Attorney
       United States Attorney's Office
       District of Colorado
       1801 California St., suite 1600
       Denver, CO 80202
       Telephone (303) 454-0100
       e-mail:  zachary.phillips@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of April, 2020, I electronically filed the foregoing GOVERNMENT'S MOTION TO QUASH WITHOUT PREJUDICE THE PETITION FOR ARREST WARRANT BY PRETRIAL SERVICES AND VACATE THE HEARING CURRENTLY SET FOR APRIL 8, 2020 using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                    *s/Maggie E. Grenvik*
                                                   Maggie E. Grenvik
                                                   Legal Assistant