**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00535-GPG-5

UNITED STATES OF AMERICA,

    Plaintiff

v.

1. OMAR BRICENO-QUIJANO
2. OFELIA LOPEZ
3. LUIS ALBERTO IBARRA-TADEO
4. ROMEO LUJAN
5. **ANGELINA MAESTAS**
6. JOSEPH DAVIS
7. NAOMI VAUGHN
8. JONTE LEFLORE
9. DUSTIN DEBARRIS
10. STEVEN KEITH JONES
11. FRANK ARROYO
12. AMANDA LEE SUMPTER
13. NICOLE WICKMAN

    Defendants.

---

**MOTION TO WITHDRAW AS ATTORNEY FOR ANGELINA MAESTAS**

---

Attorney Jamie Hubbard of Stimson Stancil LaBranche Hubbard, LLC hereby moves to withdraw as attorney of record for Defendant Angelina Maestas. In support thereof, Ms. Hubbard states as follows:

*Certificate of Conferral*

Because this motion to withdraw is filed pursuant to D.C.COLO.LAtty 5(b), conferral with opposing counsel is not required under D.C.COLO.LCivR 7.1(b)(4).

1.      Attorney Jamie Hubbard was appointed to represent Angelina Maestas on January 16, 2020.

2.      A conflict recently arose between counsel and Ms. Maestas. Counsel cannot continue to represent Ms. Maestas without running afoul of her ethical obligations.

3.      Ms. Maestas asks that substitute counsel from the CJA panel be appointed to represent her in this matter.

WHEREFORE, undersigned counsel respectfully requests that this Court grant the motion, permit Ms. Hubbard to withdraw as counsel of record, and to appoint substitute counsel from the CJA panel.

DATED: May 7, 2020

Respectfully submitted,

*s/ Jamie Hubbard*
Jamie Hubbard, #48552
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Tel./Fax: 720.689.8909
Email:   hubbard@sslhlaw.com

*Attorney for Defendant Angelina Maestas*

3

## CERTIFICATE OF SERVICE

I certify that on this 7th day of May, 2020, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS ATTORNEY FOR ANGELINA MAESTAS** was filed and served via CM/ECF to all parties of record:

*s/ Holli Baker*
Holli Baker, Paralegal