IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-535-5-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. OMAR BRICENO-QUIJANO,
2. OFELIA LOPEZ,
3. LUIS ALBERTO IBARRA-TADEO,
4. ROMEO LUJAN,
5. **ANGELINA MAESTAS,**
6. JOSEPH DAVIS,
7. NAOMI VAUGHN,
8. JONTE LEFLORE,
9. DUSTIN DEBARRIS,
10. STEVEN KEITH JONES,
11. FRANK ARROYO,
12. AMANDA LEE SUMPTER, and
13. NICOLE WICKMAN,

Defendants.

---

**CJA NOTCE OF ENTRY OF APPEARANCE**

---

Maeve E. Goodbody hereby enters an appearance as CJA counsel on behalf of the defendant, Angelina Marie Maestas, and further requests a copy of discovery, pursuant to the Federal Rules of Criminal Procedure.

    Dated this <u>11th</u> day of <u>May</u> 2020.

*/s/ Maeve Goodbody*

_____
Maeve E. Goodbody
101 S. 3rd St. #260
Grand Junction, CO 81501
(970) 697-1067
Email: maeve@goodbodylawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE** was duly served by e-filing using the ECF system on May 11, 2020 to:

    Zachary Phillips, Assistant United States Attorney
    (Zachary.Phillips@usdoj.gov)

                                                                               s/MEG
                                        _____